UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BERNARD BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-CV-136-SNLJ |
| | ) |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM

Plaintiff Bernard Barnes, pro se, sued the Social Security Administration in state court, alleging that it violated his Constitutional rights by denying his eligibility for Social Security benefits. [Doc. 1-5.] Defendant removed the case to Federal Court. [Doc. 2.] Defendant seeks dismissal for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). [Doc. 5.] Defendant argues that plaintiff has not pled that he exhausted administrative remedies, and so is barred from suit by 42 U.S.C. § 405(g). [Doc. 6.] Plaintiff did not respond, and the time for doing so has passed. Therefore, the case will be dismissed.

1

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion [Doc. 5] is **GRANTED** and the case is dismissed. A separate order will accompany this memorandum.

So ordered this 27th day of February, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE