# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| BERNARD BARNES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-CV-136-SNLJ |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum entered today, **IT IS HEREBY ORDERED** that plaintiff's case is dismissed.

So ordered this 27th day of February, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE